who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MILDRED WOOD, Appellant, v. DOROTHY LYONS and CHARLES LYONS, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Haines* v. *Bero Engineering Corp.* (230 App. Div. 332). All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM I. WOOD, Appellant, v. DOROTHY LYONS and CHARLES LYONS, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Haines* v. *Bero Engineering Corp.* (230 App. Div. 332). All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of JOSEPH BURKHARDT, Deceased.— Decree affirmed, with costs to each respondent appearing upon this appeal by separate attorney and filing brief, payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER COLELLA, Appellant, v. SMITH-FREDENBURG CORPORATION, Respondent. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM J. HALLY, Respondent, v. THE LOCUST CLUB, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE E. SMITH, Respondent, v. FRANCIS R. IRVING, Appellant.— Order affirmed, with ten dollars costs and disbursements. Motion to strike original complaint from record on appeal denied. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 1.) — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 2.) — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

HOSIE KIMBLE, Appellant, v. EDWARD RAWSON, an Infant, etc., Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CORNELIUS T. ROHL, Appellant, v. JAMES W. DILLON, Individually and as Copartner in the Firm of FIDLER & DILLON, and MICHAEL FIDLER, Respondents. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SCHULTZ and Another, Appellants.— Time for argument of appeal enlarged to and including May twenty-second. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALDA BREEZE, as Administratrix, etc., of RAYMOND BREEZE, Deceased, Appellant, v. EDWARD STEVENER and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY